IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

AARON LASHUN BOLTON                                                                      PLAINTIFF

v.                                          No. 3:13CV00228-JLH-JJV

POINSETT COUNTY DETENTION
CENTER; *et al*.                                                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's complaint is DISMISSED for failure to state a claim upon which relief may be granted.

2. This dismissal constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting these recommendations would not be taken in good faith.

An appropriate Judgment shall accompany this Order.

SO ORDERED this 6th day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE