**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

AARON LASHUN BOLTON                                                                           PLAINTIFF

v.                                      No. 3:13CV00228-JLH-JJV

POINSETT COUNTY DETENTION
CENTER; *et al.*                                                                                   DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE. Dismissal of this action constitutes a "strike" for purposes of 28 U.S.C. § 1915(g).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

SO ORDERED this 6th day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE